IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL

Criminal Action No.  08-cr-00332-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

2. MARCO CANO-CABALLERO,

      Defendant.

_____

## ORDER EXONERATING BOND

_____

      This criminal action has proceeded to sentencing and a final judgment and conviction, and the defendant was remanded to the custody of the United States Marshal at sentencing, or has self-surrendered to the designated facility, as confirmed by the United States Bureau of Prisons.  As a result, all the conditions of an appearance bond imposed by the court as a pretrial matter to secure the defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied.  Accordingly, it is

      **ORDERED** that the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released.  It is further

      **ORDERED** that the bail funds or property deposited into the registry of the court shall hereby be released by clerk of the court, or a designated deputy, to the surety or the defendant.

      Dated:  April 9, 2009

                                BY THE COURT:


                                s/ Wiley Y. Daniel
                                Wiley Y. Daniel
                                Chief United States District Judge